IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

LEO DONOHOE, :
3212 North Columbus Street :
Arlington, Virginia 22209 :
  :
      **Plaintiff,** :
  :
vs. : Civil Action No.: _____
  :
BONNEVILLE INTERNATIONAL :
CORPORATION, :
55 North 300 West :
Salt Lake City, Utah 84180 :
  :
      **Defendant.** :

**CERTIFICATE UNDER LCvR 7.1**

I, the undersigned, counsel of record for Bonneville International Corporation certify that to the best of my knowledge and belief, there are no parent companies, subsidiaries or affiliates of Bonneville International Corporation that have outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Dated this 22nd day of May, 2007.

                                           DAVIS WRIGHT TREMAINE LLP

                                           */s/ Constance Pendleton*
                                           Richard L. Cys  (D.C. Bar No. 087536)
                                           Constance M. Pendleton (D.C. Bar 456919)
                                           1919 Pennsylvania Avenue, N.W., Suite 200
                                           Washington, DC  20006-3402
                                           (202) 973-4200
                                           (202) 973-4499 facsimile
                                           richardcys@dwt.com
                                           conniependleton@dwt.com

                                           Counsel for Defendant Bonneville International Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of May, 2007, a copy of the foregoing Certificate Under LCvR 7.1 was served via hand-delivery upon:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, N.W.
Suite 500
Washington, D.C. 20036-5652

_Constance M. Pendleton_
Constance M. Pendleton