IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LEO DONOHOE, | : |
|   Plaintiff, | : |
| v. | : Civil Action No.: 07-949 (RWR) |
| BONNEVILLE INT'L CORP., | : |
|   Defendant. | : |

**CONSENT MOTION FOR CONTINUANCE OF INITIAL
SCHEDULING CONFERENCE**

Defendant Bonneville International Corporation ("Bonneville"), with the consent of plaintiff Leo Donohoe ("Donohoe"), moves this Court for an order continuing the date of the initial scheduling conference in the above-captioned case, currently scheduled for Wednesday, October 10, 2007 at 9:15 a.m., for sixteen days to Friday, October 26, 2007.

Bonneville requests this brief continuance because counsel for Bonneville will be traveling on October 10, 2007, the date currently set for the initial scheduling conference. Counsel understands from the Courtroom Deputy Clerk that the Court is involved in a protracted trial and is currently scheduling initial scheduling conferences on Fridays only during September and October. October 26, 2007 is the one Friday in October on which counsel for both parties are currently available. Accordingly, October 26, 2007 is a date agreed to by all parties.

Pursuant to Local Rule 7(m), counsel for defendant hereby certifies that she has conferred with counsel for plaintiff and has obtained plaintiff's consent to the filing of the instant motion.

WHEREFORE, the parties respectfully request the entry of an order continuing for sixteen days, to October 26, 2007, the initial scheduling conference in this action.

Dated:  September 7, 2007

1

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

___Constance M. Pendleton  /s/_____
Richard L. Cys  (D.C. Bar No. 087536)
Constance M. Pendleton (D.C. Bar 456919)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC  20006-3402
(202) 973-4200
(202) 973-4499 facsimile
richardcys@dwt.com
conniependleton@dwt.com

Counsel for Defendant Bonneville International Corporation

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of September 2007, I directed that true and correct copies of the foregoing Consent Motion for Continuance of Initial Scheduling Conference be delivered by electronic mail (ECF), to the following:

> Thomas L. McCally, Esq.
> Carr Maloney P.C.
> 1615 L Street, NW
> Suite 500
> Washington, D.C. 20036

                                                __Constance M. Pendleton  /s/_____
                                                Constance M. Pendleton

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LEO DONOHOE, | : |
|     Plaintiff, | : |
| v. | :    Civil Action No.: 07-949 (RWR) |
| BONNEVILLE INT'L CORP., | : |
|     Defendant. | : |

**[PROPOSED] ORDER**

Upon consideration of the Consent Motion for Continuance of Initial Scheduling Conference in the above-captioned action, it is hereby

ORDERED that the Consent Motion is hereby GRANTED; it is

FURTHER ORDERED that the initial scheduling conference in this action shall be held on Friday, October 26, 2007.

**SO ORDERED.**

September ___, 2007

                                            HON. RICHARD W. ROBERTS
                                            United States District Judge

Copies to:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, NW
Suite 500
Washington, D.C. 20036

Richard L. Cys, Esq.
Constance M. Pendleton, Esq.
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, D.C. 20006-3402