IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CIVIL DIVISION

| | |
|---|---|
| LEO DONOHOE, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No.: 07-949 (RWR) |
| BONNEVILLE INT'L CORP., | : |
|     Defendant. | : |

**JOINT PROPOSED INITIAL SCHEDULING ORDER**

    Following receipt of the parties' report submitted pursuant to L.Cv.R. 16.3, and being fully advised in the premises, the Court enters this initial scheduling order:

    **1.** **Dispositive Motions**: The parties both agree that this case is not complex. Defendant Bonneville International Corporation ("Bonneville") believes that this case may be disposed of by a motion for summary judgment.

    **2.** **Joinder of Parties**: The deadline for amending the pleadings or joining additional parties shall be November 19, 2007.

    **3.** **Assignment to a Magistrate Judge**: The case will be assigned to a Magistrate Judge for discovery matters only.

    **4.** **Settlement**: The parties engaged in unsuccessful mediation in December, 2006, and do not believe that further mediation would be helpful.

    **5.** **Dispositive Motions**: Bonneville believes that this matter may be resolved by summary judgment. The parties suggest the following schedule for summary judgment motions, if any:

| | |
|---|---|
| Dispositive Motion(s) filed | April 30, 2008 |
| Oppositions filed | May 30, 2008 |
| Replies filed | June 18, 2008 |
| Motions decided | July 18, 2008 |

1

6. **Initial Disclosures**:  Initial disclosures required by Rule 26(a)(1) of the Federal Rules of Civil Procedure shall be exchanged on November 26, 2007.

7. **Discovery Scheduling**:

Deadline for Post Rule 26(a) Discovery Requests:   December 10, 2007

Close of Discovery:  March 31, 2008

The parties have agreed that 30 interrogatories and 30 document requests per party should be adequate.  The Plaintiff believes that at least ten (10) depositions for each party will be necessary, while the Defendant believes that five depositions should be adequate for each party.

8. **Experts**:  The provision of Rule 26(a)(2) will apply to expert witness disclosures.  Disclosures from all experts will be due December 21, 2007 and disclosures for rebuttal experts will be due January 22, 2008.  Expert witness discovery will close on March 31, 2008.

9. **Bifurcation or Phasing**:  It is not contemplated that any party will seek bifurcation or phasing.

10. **Date for Pretrial Conference**:  Given the possibility that one or more parties may file dispositive motions, the pretrial conference is scheduled for July 21, 2008.

11. **Trial Date**:  The Court will set a trial date at the pretrial conference.

Dated this ___ day of _____, 2007.

_____
United States District Judge

Copies to:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, NW, Suite 500
Washington, DC 20036
(202) 310-5500

Richard L. Cys
Constance M. Pendleton
Davis Wright Tremaine LLP
1919 Pennsylvania Avenue, NW
Suite 200
Washington, DC 20006-3402
(202) 973-4200