IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LEO DONOHOE, | : |
| Plaintiff, | : |
| v. | : Civil Action No.: 07-949 (RWR) |
| BONNEVILLE INT'L CORP., | : |
| Defendant. | : |

**CONSENT NOTICE – SERVICE OF EXPERT DISCLOSURES**

Please take notice that defendant Bonneville International Corporation ("Bonneville") and plaintiff Leo Donohoe ("Donohoe"), through counsel, have agreed to extend the deadline for service of Fed. R. Civ. P. 26(a)(2) expert witness disclosures, originally due December 21, 2007, to January 9, 2008.

Pursuant to Local Rule 7(m), counsel for Bonneville hereby certifies that she has conferred with counsel for Donohoe and has obtained Donohoe's consent to the filing of the instant notice.

Dated: December 21, 2007

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

Constance M. Pendleton /s/
Richard L. Cys (D.C. Bar No. 087536)
Constance M. Pendleton (D.C. Bar 456919)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4499 facsimile
richardcys@dwt.com
conniependleton@dwt.com

Counsel for Defendant Bonneville International Corporation

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of December 2007, I directed that true and correct copies of the foregoing Consent Notice – Service of Expert Disclosures be delivered by electronic mail (ECF) and first class mail, postage prepaid, to the following:

Thomas L. McCally, Esq.
Carr Maloney P.C.
1615 L Street, NW
Suite 500
Washington, D.C. 20036

                                                                                           _Constance M. Pendleton  /s/_
                                                                                           Constance M. Pendleton