IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | |
|---|---|
| LEO DONOHOE,<br><br>      Plaintiff,<br><br>v.<br><br>BONNEVILLE INT'L CORP.,<br><br>      Defendant. | Civil Action No.: 07-949 (RWR) |

**CONSENT NOTICE – SERVICE OF EXPERT REBUTTAL**

Please take notice that defendant Bonneville International Corporation ("Bonneville") and plaintiff Leo Donohoe ("Donohoe"), through counsel, have agreed to extend the deadline for service of Fed. R. Civ. P. 26(a)(2) expert witness rebuttal, originally due January 22, 2008 to February 5, 2008.

Pursuant to Local Rule 7(m), counsel for Bonneville hereby certifies that she has conferred with counsel for Donohoe and has obtained Donohoe's consent to the filing of the instant notice.

Dated: January 22, 2008

                                Respectfully submitted,

                                DAVIS WRIGHT TREMAINE LLP

                                 Constance M. Pendleton /s/
                                Richard L. Cys  (D.C. Bar No. 087536)
                                Constance M. Pendleton (D.C. Bar 456919)
                                1919 Pennsylvania Avenue, N.W., Suite 200
                                Washington, DC  20006-3402
                                (202) 973-4200
                                (202) 973-4499 facsimile
                                richardcys@dwt.com
                                conniependleton@dwt.com

                                Counsel for Defendant Bonneville International Corporation

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of January 2008, I directed that true and correct copies of the foregoing Consent Notice – Service of Expert Rebuttal be delivered by electronic mail (ECF) and first class mail, postage prepaid, to the following:

>Thomas L. McCally, Esq.
>Carr Maloney P.C.
>1615 L Street, NW
>Suite 500
>Washington, D.C. 20036

>>_Constance M. Pendleton  /s/_
>>Constance M. Pendleton