## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

LEO DONOHOE,                        :
                                    :
    Plaintiff,              :
                                    :
v.                                  :    Civil Action No.: 07-949 (RWR)
                                    :
BONNEVILLE INT'L CORP.,             :
                                    :
    Defendant.              :


### PLAINTIFF'S SUPPLEMENTAL RULE 26  DISCLOSURE

Pursuant to Federal Rule of Civil Procedure 26, Plaintiff, Leo Donohoe makes the following disclosures in supplementation of his November 27, 2007 initial disclosures:

**WITNESSES**

The names and, if known, the addresses and telephone numbers of individuals likely to have discoverable information that the Plaintiff may use to support his defenses, unless solely for impeachment, as well as the subjects of the information, identifying the subjects of the information.

(1)    Jennifer Marr:  May be contacted at (410) 375-7165.  Her address is 859 Ivy Hill Road, Cockeysville, Maryland  21030.

(2)    Mark O'Brien:  His address is 605 Still Creek Lane, Gaithersburg, Maryland 20870.

(3)    Maribeth Doran:  May be contacted at (415) 515-4402 and mdmv@earthlink.net.

(4)    Reed Bunzel:  May be contacted at (401) 826-3172.

(5)    Debra Paxon:  May be contact at dpaxon@weta.com.

(6)    Daniel Kliener:  Upon information and belief, Mr. Kliener is still employed by Defendant Bonneville who should have his contact information.

(7)    Annie Block:  Upon information and belief, Ms. Block is still employed by Defendant Bonneville who should have her contact information.

(8)    Eric Stenberg:  Upon information and belief, Mr. Stenberg is still employed by Defendant Bonneville who should have his contact information.

(9)    Joe Koontz:  Upon information and belief, Mr. Koontz is still employed by Defendant Bonneville who should have his contact information.

(10)  Jane Engle:  Upon information and belief, Ms. Engle is still employed by Defendant Bonneville who should have her contact information.

Respectfully submitted,

CARR MALONEY, P.C.

By _____
     Thomas L. McCally, Esq., Bar No. 391937
     1615 L Street, NW, Suite 500
     Washington, DC  20036
     (202) 310-5500/(202) 310-5555 – FAX
     Attorney for Plaintiff
     tlm@carrmaloney.com

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on the 25th day of February, 2008, a copy of the foregoing was served electronically to Richard Cys, Esq., Davis, Wright, Tremaine, LLP, 1500 K Street, NW, Suite 450, Washington, DC  20005, Attorney for Defendant.


By:_____
       Thomas L. McCally