IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LEO DONOHOE, | : | |
| | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| BONNEVILLE INT'L CORP., | : | |
| | : | |
|     Defendant. | : | |

**JOINT CONSENT MOTION FOR EXTENSION OF TIME**

COME NOW the parties jointly and file this consent motion respectfully requesting that the period for conducting discovery currently set by this Court's October 26, 2007 Scheduling Order for March 31, 2008 be extended up to and including May 16, 2008. Additionally, the parties also respectfully request that the Court extend the deadline for the filing of dispositive motions from May 7, 2008 up to and including June 18, 2008. In support of its request for an extension of time, the parties respectfully refer the Court to the attached Memorandum of Points and Authorities.

                Respectfully submitted,

DAVIS, WRIGHT, TREMAINE, LLP        CARR MALONEY P.C.

   /s/
By _____        By _____
  Richard Cys, Esq., Bar No. 087536          Thomas L. McCally, Esq., Bar No. 391937
  1919 Pennsylvania Avenue, NW, Suite 200   1615 L Street, NW, Suite 500
  Washington, DC 20006                     Washington, DC 20036
  (202)973-4217/(202) 973-4499 (FAX)      (202) 310-5500/(202) 310-5555(FAX)
  Attorney for Bonneville Int'l Corp.          Attorney for Plaintiff Leo Donohoe

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 28th day of February 2008, a copy of the foregoing was sent via the Court's electronic filing system and first class U.S. mail, to Richard Cys, Esq., Davis, Wright, Tremaine, LLP, 1919 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006, Attorney for Defendant.

_____
Thomas L. McCally

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**
**CIVIL DIVISION**

| | |
|---|---|
| LEO DONOHOE, | : |
|     Plaintiff, | : |
| v. | :   Civil Action No.: 07-949 (RWR) |
| BONNEVILLE INT'L CORP., | : |
|     Defendant. | : |

### MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF THE JOINT CONSENT MOTION FOR EXTENSION OF TIME

Under the applicable Rules of this Court, a request for enlargement of the time period for performing an act, required or allowed to be done within a specified time, is properly granted by the Court before the expiration of the period, with or without motion or notice, at any time for cause shown. Fed. Rules Civ. Proc., Rule 6(b)(2). Courts have given a liberal interpretation to Rule 6(b) in order to work substantial justice. Rule 6(b) must be liberally construed in order that litigants be given an opportunity to be heard and given their day in Court so that justice may be served. *Anderson v. Stanco Sports Library, Inc.*, 52 F.R.D. 108, 109-110 (D.S.C. 1971). A discretionary extension should be liberally granted absent a showing of bad faith on the part of the movant or undue prejudice to the other parties. *United States v. Miller Brothers Constr. Co., 505 F.2d 1031,* 1035 (10th Cir. 1974); *Tatterson v. Coppers Co., Inc.*, 104 F.R.D. 19, 20 (W.D.Pa. 1984).

Pursuant to the Court's current Scheduling Order of October 26, 2007, all discovery in this matter is set to close on March 31, 2008. Moreover, the Scheduling Order also sets the deadline for the filing of dispositive motions for May 7, 2008. Despite counsel for both parties having worked

diligently to accomplish all discovery within the current deadline, the parties have encountered numerous delays in exchanging documents and noticing the depositions of witnesses. Considering the circumstances, it is requested that the parties be given an additional forty-six (46) days within which to complete discovery. If granted, all discovery would need to be completed by May 16, 2008.

It is further requested that the parties be given an additional thirty-two (32) days from the new close of discovery in order to file dispositive motions. If granted, the new deadlines for filing dispositive motions would be June 18, 2008.

Neither party will be prejudiced by this Court granting an extension of time. Counsel for the parties have discussed this matter and both consent to the requested extension of up to and including May 16, 2008, for the completion of discovery and up to and including June 18, 2008, by which to file dispositive motions.

WHEREFORE, Plaintiff Leo Donohoe, jointly and with the consent of Defendant Bonneville International Corporation, respectfully requests the Court extend the timelines currently set forth in the October 26, 2007, Scheduling Order so that discovery must be completed from March 31, 2008, up to and including May 16, 2008. Additionally, the parties also respectfully request the Court extend the deadline for the filing of dispositive motions from May 7, 2008, up to and including June 18, 2008.

Respectfully submitted,

| DAVIS, WRIGHT, TREMAINE, LLP | CARR MALONEY P.C. |
|---|---|
| /s/<br>By _____<br>  Richard Cys, Esq., Bar No. 087536<br>  1919 Pennsylvania Avenue, NW, Suite 200<br>  Washington, DC 20006<br>  (202) 973-4217/(202) 973-4499 (FAX)<br>  Attorney for Defendant | By _____<br>  Thomas L. McCally, Esq., Bar No. 391937<br>  1615 L Street, NW, Suite 500<br>  Washington, DC 20036<br>  (202) 310-5500/(202) 310-5555(FAX)<br>  Attorney for Plaintiff |

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION

| | | |
|---|---|---|
| LEO DONOHOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| BONNEVILLE INT'L CORP., | : | |
| | : | |
| Defendant. | : | |

**O R D E R**

UPON CONSIDERATION of the parties' joint and consent motion for an extension of time in which to conduct discovery and file a dispositive motion, and it appearing to the Court that the requested extension of time will not result in any delay of the other Court imposed deadlines, it is this _____ day of ____ 2008;

ORDERED that said Motion be, and the same is hereby GRANTED and;

ORDERED that Plaintiff Leo Donohoe and Defendant Bonneville International Corporation shall have up to and including up to and including May 16, 2008, to conduct discovery and up to and including June 18, 2008, for filing any dispositive motions.

_____
Judge

cc:   Thomas L. McCally, Esq.
      1615 L Street, NW, Suite 500
      Washington, DC 20036
      (202) 310-5500/ (202) 310-5555
      Attorney for Plaintiff

      Richard Cys, Esq.
      Davis, Wright, Tremaine, LLP,
      1919 Pennsylvania Avenue, NW, Suite 200
      Washington, DC  20005
      Attorney for Defendant