AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LEO DONOHOE,

      Plaintiff(s)  )  **APPEARANCE**

      vs.  )  CASE NUMBER 07-949 (RWR)

BONNEVILLE INT'L CORP.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of __Brigham John Bowen__ as counsel in this
(Attorney's Name)

case for: __Bonneville International Corporation__
(Name of party or parties)

May 12, 2008
Date

D.C. Bar Pending; D.D.C. Bar No. D00301
BAR IDENTIFICATION

_(signature)_
Signature

Brigham John Bowen
Print Name

1919 Pennsylvania Avenue, NW, Suite 200
Address

Washington, DC     20006
City    State     Zip Code

(202) 973-4236
Phone Number