**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **LEO DONOHOE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| **BONNEVILLE INT'L CORP.,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of May 19, 2008, the parties hereby submit a status report regarding this action. Currently pending before the Court and Magistrate Judge Robinson are multiple discovery-related motions, including plaintiff's motion to compel discovery [#19], plaintiff's objections to Magistrate Judge Robinson's order denying leave to take twenty-five depositions [#20], defendant's motion for a protective order [#21], plaintiff's motion for additional deposition testimony [#24], plaintiff's supplemental memorandum to the order on motion to take depositions [#33], and plaintiff's renewed motion for leave to take twenty-five depositions [#34]. In addition, the parties hereby inform the Court that by consent of both parties, three depositions remain to be taken: Joel Oxley (July 2), Thomas C. Borzilleri (July 28), and Michael Spacciapolli (July 30).

In light of these pending matters and depositions, and in accordance with the Court's order of May 19, 2008, the parties propose that the Court set July 21, 2008, for the filing of a new status report.

1

Respectfully submitted this 20th day of June, 2008,

          DAVIS WRIGHT TREMAINE LLP

            /s/  Constance M. Pendleton
          Richard L. Cys (D.C. Bar No. 087536)
          Constance M. Pendleton (D.C. Bar No. 456919)
          1919 Pennsylvania Avenue, N.W., Suite 200
          Washington, DC  20006-3402
          (202) 973-4200
          (202) 973-4499 facsimile
          richardcys@dwt.com
          conniependleton@dwt.com

          Counsel for Defendant Bonneville International
            Corporation


            /s/  Thomas L. McCally
          Thomas L. McCally, Esq. (D.C. Bar No. 391937)
          Carr Maloney P.C.
          1615 L Street, NW
          Suite 500
          Washington, D.C. 20036

          Counsel for Plaintiff Leo Donohoe

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 20th day of June, 2008, copies of the foregoing status report were delivered to all counsel of record via the Court's ECF system.

    /s/ Constance M. Pendleton
Constance M. Pendleton

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEO DONOHOE,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| v.  : | Civil Action No.: 07-949 (RWR) |
| : | |
| **BONNEVILLE INT'L CORP.,** : | |
| : | |
| **Defendant.** : | |

**[PROPOSED] ORDER**

It is hereby

**ORDERED** that on or before July 21, 2008, the parties shall file a joint status report concerning this action and the status of discovery proceedings herein.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Hon. Richard W. Roberts
United States District Judge