**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
CIVIL DIVISION**

| | | |
|---|---|---|
| LEO DONOHOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| BONNEVILLE INT'L CORP., | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEARANCE**

The Clerk will please enter the appearance of Ali A. Beydoun, Esquire as co-counsel for Plaintiff Leo Donohoe in the above-captioned case.

    Respectfully submitted,

    CARR MALONEY P.C.


    /s/ Ali A. Beydoun
    Ali A. Beydoun #475413
    1615 L Street, N.W.
    Suite 500
    Washington, D.C. 20036
    (202) 310-5500 – phone
    (202) 310-5555 – fax
    aab@carrmaloney.com
    Counsel for Plaintiff
    Leo Donohoe

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on the 26th day of June, 2008, a copy of the foregoing was sent via the Court's electronic filing system to Richard Cys, Esquire, Davis, Wright, Tremaine, LLP, 1919 Pennsylvania Avenue, NW, Suite 200, Washington, DC 20006, Attorney for Defendant.

                                        /s/ Ali A. Beydoun_____
                                        Ali A. Beydoun