IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEO DONOHOE, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| BONNEVILLE INT'L CORP., | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of June 26, 2008, the parties hereby submit a status report regarding this action. Currently pending before the Court and Magistrate Judge Robinson are multiple discovery-related motions, including plaintiff's motion to compel discovery [#19], plaintiff's objections to Magistrate Judge Robinson's order denying leave to take twenty-five depositions [#20], defendant's motion for a protective order [#21], plaintiff's supplemental memorandum to the order on motion to take depositions [#33], and plaintiff's renewed motion for leave to take twenty-five depositions [#34].

On July 2, 2008, the parties were scheduled to appear before Magistrate Judge Robinson for oral argument regarding plaintiff's motion to compel and defendant's motion for a protective order. Because Magistrate Judge Robinson was occupied with criminal matters during the scheduled time, Judge Robinson requested and the parties agreed to meet and confer in an effort to narrow the dispute between the parties. The parties did agree on a few issues relative to the documents sought in plaintiff's motion to compel, but were unable to resolve others. Pursuant to Magistrate Judge Robinson's instructions and order on July 3, 2008, the parties will submit a status report detailing these agreements and remaining matters of dispute on July 25, 2008, and

argument will be heard on July 29, 2008. For the Court's information, the parties had attempted to schedule with Magistrate Judge Robinson's chambers an earlier date for this hearing but were unsuccessful due to previously scheduled engagements.

The parties also hereby inform the Court, as discussed in the parties' prior status report, that by consent of both parties, two depositions remain to be taken: Thomas C. Borzilleri (July 28), and Michael Spacciapolli (July 30).

In light of these pending matters and depositions, and in accordance with the Court's order of June 26, 2008, the parties propose that the Court set August 22, 2008, for the filing of a new status report. Should the pending discovery disputes and motions be resolved by that date, the parties propose that they be required to file, on or before that date, a joint filing proposing three dates on which counsel are available to appear at a post-discovery status conference.

Respectfully submitted this 21st day of July, 2008,

DAVIS WRIGHT TREMAINE LLP

/s/ Constance M. Pendleton
Richard L. Cys (D.C. Bar No. 087536)
Constance M. Pendleton (D.C. Bar No. 456919)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4499 facsimile
richardcys@dwt.com
conniependleton@dwt.com

Counsel for Defendant Bonneville International
 Corporation

/s/ Thomas L. McCally
Thomas L. McCally, Esq. (D.C. Bar No. 391937)
Carr Maloney P.C.
1615 L Street, NW

Suite 500
Washington, D.C. 20036

Counsel for Plaintiff Leo Donohoe

3

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 21st day of July, 2008, copies of the foregoing status report were delivered to all counsel of record via the Court's ECF system.

    /s/ Constance M. Pendleton
    Constance M. Pendleton