IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LEO DONOHOE, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| BONNEVILLE INT'L CORP., | : | |
| | : | |
| Defendant. | : | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to LCvR 83.6(b), Brigham J. Bowen, counsel for defendant Bonneville, hereby submits a notice of withdrawal of appearance. Defendant will continue to be represented in this action by existing counsel Richard L. Cys and Constance M. Pendleton at Davis Wright Tremaine LLP. No trial date has been set in this action and defendant has been notified of this withdrawal and consents thereto.

Respectfully submitted this 15th day of August, 2008,

_____
Joel Oxley
Bonneville International Corporation

DAVIS WRIGHT TREMAINE LLP

_____
Richard L. Cys (D.C. Bar No. 087536)
Constance M. Pendleton (D.C. Bar No. 456919)
Brigham J. Bowen (D.C. Bar No. 981555)
(DDC Bar No D00301)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4499 facsimile
richardcys@dwt.com
conniependleton@dwt.com
Counsel for Defendant Bonneville International Corporation

1

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 15th day of August, 2008, copies of the foregoing notice of withdrawal were delivered to all counsel of record via the Court's ECF system.

    /s/ Brigham J. Bowen
Brigham J. Bowen