A0 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LEO DONOHOE,

      Plaintiff(s)       )    **APPEARANCE**

vs.            )    CASE NUMBER   07-949 (RWR)

BONNEVILLE INT'L CORP.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of   Amber L. Husbands   as counsel in this
                            (Attorney's Name)

case for:   Bonneville International Corporation
                 (Name of party or parties)

August 21, 2008                      */s/ Amber L. Husbands*
Date                                    Signature

                                        Amber L. Husbands
481565                               Print Name
BAR IDENTIFICATION
                               1919 Pennsylvania Ave., NW, Ste. 200
                               Address

                               Washington, DC     20006
                               City         State         Zip Code

                               (202) 973-4219
                               Phone Number