AO 458 (Rev. 11/04 DC)-Appearance

# United States District Court
# For the District of Columbia

LEO DONOHOE,

      Plaintiff(s)    )    **APPEARANCE**

      vs.    )    CASE NUMBER   07-949 (RWR)

BONNEVILLE INT'L CORP.,

      Defendant(s)

To the Clerk of this court and all parties of record:

Please enter the appearance of **Adam S. Caldwell** as counsel in this
(Attorney's Name)

case for: **Bonneville International Corporation**
(Name of party or parties)

August 21, 2008
Date

*[Signature]*
Signature

445786
BAR IDENTIFICATION

Adam S. Caldwell
Print Name

1919 Pennsylvania Ave., NW, Ste. 200
Address

Washington, DC    20006
City   State   Zip Code

(202) 973-4252
Phone Number