IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEO DONOHOE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| **BONNEVILLE INT'L CORP.,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT STATUS REPORT**

Pursuant to the Court's minute order of July 21, 2008, the parties hereby submit a status report regarding this action. Currently pending before the Court and Magistrate Judge Robinson are the following: plaintiff's objections to Magistrate Judge Robinson's order denying leave to take twenty-five depositions [#20]; plaintiff's supplemental memorandum to the order on motion to take depositions [#33]; and plaintiff's renewed motion for leave to take twenty-five depositions [#34].

At a hearing on July 29, 2008, Magistrate Judge Robinson denied plaintiff's motion to compel discovery [#19], in part, and granted defendant's motion for a protective order [#21]. Magistrate Judge Robinson, however, stayed "consideration of the issue regarding headquarters role until you have this opportunity which I'm permitting you to file the relevant portions of Mr. Oxley's transcript." Hearing Tr. 50:21-24. She then ordered a joint supplemental filing [#42] regarding the role of officials at Bonneville's Salt Lake City, Utah, corporate headquarters in the D.C. reduction-in-force at issue in this case. *See* Minute Entry, July 31, 2008. Plaintiff also appealed Magistrate Judge Robinson's ruling [#44]. Further, plaintiff filed a Motion for Leave to File a supplement to the joint supplemental filing [#42] on August 19, 2008 [#46].

In light of these pending motions and appeal of the magistrate's order, and in accordance with the Court's order of July 21, 2008, the parties propose that the Court set September 19, 2008, for the filing of a new status report. Plaintiff requests to be heard on his outstanding motions and objections currently pending before the Court. Should the pending discovery motions be resolved by that date, the parties propose that they be required to file, on or before that date, a joint filing proposing three dates on which counsel are available to appear at a post-discovery status conference.

Respectfully submitted this 22nd day of August, 2008.

DAVIS WRIGHT TREMAINE LLP

   /s/ Richard L. Cys
Richard L. Cys (D.C. Bar No. 087536)
Constance M. Pendleton (D.C. Bar No. 456919)
1919 Pennsylvania Avenue, N.W., Suite 200
Washington, DC 20006-3402
(202) 973-4200
(202) 973-4499 facsimile
rickcys@dwt.com
conniependleton@dwt.com

Counsel for Defendant Bonneville International
   Corporation


   /s/ Thomas L. McCally
Thomas L. McCally, Esq. (D.C. Bar No. 391937)
Carr Maloney P.C.
1615 L Street, NW
Suite 500
Washington, D.C. 20036

Counsel for Plaintiff Leo Donohoe

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 22nd day of August, 2008, copies of the foregoing status report were delivered to all counsel of record via the Court's ECF system.

    /s/ Richard L. Cys
    Richard L. Cys

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **LEO DONOHOE,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No.: 07-949 (RWR) |
| | : | |
| **BONNEVILLE INT'L CORP.,** | : | |
| | : | |
| **Defendant.** | : | |

**ORDER**

It is hereby

**ORDERED** that on or before September 19, 2008, the parties shall file a joint status report concerning this action and the status of discovery proceedings herein.

_____                    _____
Dated                                                            Hon. Richard W. Roberts
                                                                       United States District Judge